# United States Court of Appeals
# for the Fifth Circuit

————————————

No. 23-30687
Summary Calendar

————————————

United States Court of Appeals
Fifth Circuit

**FILED**
December 21, 2023

Lyle W. Cayce
Clerk

Charles K. Wallace,

*Petitioner—Appellant*,

*versus*

Louisiana State,

*Respondent—Appellee*.

————————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-5242

————————————————————

Before Jones, Southwick, and Ho, *Circuit Judges*.

Per Curiam:[*]

Charles K. Wallace, Louisiana prisoner # 093248, appeals the district court's order construing his 28 U.S.C. § 2241 petition as an unauthorized successive 28 U.S.C. § 2254 application and transferring it to this court. He additionally moves for the appointment of counsel.

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-30687

Wallace first argues that the district court improperly construed his § 2241 petition as a § 2254 application. Given that Wallace's § 2241 petition challenged the validity of his second degree murder conviction, the district court properly construed the petition as filed pursuant to § 2254. *See Hartfield v. Osborne*, 808 F.3d 1066, 1071-73 (5th Cir. 2015).

Our review of Wallace's remaining arguments likewise show no error. Given that Wallace's constructive § 2254 application challenged the validity of the same second degree murder conviction that he challenged in his prior § 2254 application, the district court correctly determined that the application was successive. *See Leal Garcia v. Quarterman*, 573 F.3d 214, 220-21 (5th Cir. 2009).

Accordingly, the district court's transfer order is AFFIRMED. Wallace's motion for the appointment of counsel is DENIED.